UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| **STILETTO CARLUCCI LUCIANO, a/k/a Staccato Carlos Valentino Blakely,** | Civil No. 08-200 MJD/SRN |
| Plaintiff, | |
| v. | ORDER |
| SUSAN -L.L.S.P. Librarian, DANIEL LUNDE, State law library Head of outreach Services, MAIL ROOM EMPLOYEES OF THE FARIBAULT MN STATE PRISON, ALSO OTHER EMPLOYEES OF THE MN STATE PRISON OF FARIBAULT, A/W BELTZ, A/W L. STENDERH, Chief Warden CONNIE ROEHRICH, Commissioner JOAN FABIAN, ERIK SKON, DENNIS BENSON of the MN State Prisons, and MIKE JOHNSON, C. Worker and C.W. Supervisor, | |
| Defendants. | |

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson dated April 2, 2008. No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

1

2

IT IS HEREBY ORDERED that:

    This action is SUMMARILY DISMISSED WITHOUT PREJUDICE.


DATED: April 28, 2008.

                                            s/Michael J. Davis<br>
                                            Judge Michael J. Davis<br>
                                            United States District Court Judge